# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        Case No. 00-CR-225
        USCA    03-3632

       **-vs-**

**TYRONE O. YOUNG,**

        **Defendant.**

## ORDER

The Court ordered the parties in the above-captioned case to submit their respective positions relative to the Seventh Circuit Court of Appeals *Paladino* remand. (*U.S. v. Paladino*, 401 F.3d 471, 7th Cir. (Ill).)

The Court has read the submissions and reviewed and reexamined all relevant information and indicates that it would not impose a different sentence had the U.S. Sentencing Guidelines not been mandatory at the time of the original disposition.

Dated at Milwaukee, Wisconsin, this 26th day of August, 2005.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**